CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 20 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JAMAINE C. TALFORD,<br>　　　Plaintiff, | ) Civil Action No. 7:13-cv-00473<br>)<br>) **MEMORANDUM OPINION** |
| v. | )<br>) By:　Michael F. Urbanski |
| KEITH PENSINGER,<br>　　　Defendant(s). | ) United States District Judge<br>) |

Jamaine C. Talford, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered October 25, 2013, the court directed plaintiff to submit within 10 days from the date of the Order a signed consent to fee form. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This ___19___ day of November, 2013.

　　　　　　　　　　　　　/s/ Michael F. Urbanski
　　　　　　　　　　　　　United States District Judge