# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 2 0 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

| | | |
|---|---|---|
| **JAMAINE C. TALFORD,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:13-cv-00473** |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **KEITH PERSINGER,** | ) | **By:    Michael F. Urbanski** |
| **Defendant(s).** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This ___ day of November, 2013.

/s/ Michael F. Urbanski

_____
United States District Judge